# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PETER STROJNIK, SR., <br><br> Plaintiff, <br><br> v. <br><br> HI FRESNO HOTEL HOLDINGS, LLC, <br><br> Defendant. | Case No. 1:19-cv-01195-LJO-BAM <br><br> ORDER CONTINUING INITIAL SCHEDULING CONFERENCE |

Plaintiff Peter Strojnik, Sr. ("Plaintiff"), proceeding pro se, filed the instant action against Hi Fresno Hotel Holdings, LLC on August 30, 2019. (Doc. No. 1.)

A Mandatory Scheduling Conference was set for December 4, 2019, and the parties discussed the status of the action with the Court. To allow the parties to pursue settlement discussions, the Initial Scheduling Conference is CONTINUED to **February 4, 2020 at 9:00 AM in Courtroom 8 (BAM) before Magistrate Judge Barbara A. McAuliffe**. If the parties file a notice of settlement pursuant to Local Rule 160 prior to the conference, then the conference will be vacated. However, if the parties are unable to reach a settlement of the action, then the conference will proceed and the parties shall file updated joint scheduling report dates at least one (1) full week prior to the Scheduling Conference. The parties may appear at the conference by telephone with each party using the following dial-in number and access code: **dial-in number 1-877-411-9748; access code 3190866**.

IT IS SO ORDERED.

Dated: **December 4, 2019**  /s/ Barbara A. McAuliffe
UNITED STATES MAGISTRATE JUDGE

1